| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Aman Resorts Group Limited

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
47-5387821

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| | PO Box 4571, Palm Grove House<br>ROADTOWN, TORTOLA<br>British Virgin Islands |
| **122 E. 42nd Street, Suite 2100**<br>**New York, NY 10168** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **New York**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **Aman Resorts Group Limited**      Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.
■ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | **US Bankruptcy Court, Southern District of New York** | **3/07/16** | **16-10517-scc** |
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **Peak Hotels and Resorts Group, LTD**   Relationship   **Affiliate**

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

Debtor  **Aman Resorts Group Limited**  Case number (*if known*)
Name

| District | **US Bankruptcy Court, Southern District of Florida, Miami Division** | When | **4/24/17** | Case number, if known | **17-15041AJC** |

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 3

Debtor   **Aman Resorts Group Limited**                                                    Case number (*if known*)
         Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name     _____
         Phone            _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49                ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99               ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000      ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

■ $0 - $50,000                ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000                ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor **Aman Resorts Group Limited**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August  9, 2017**
MM / DD / YYYY

**X** **/s/ Paul Pretlove**                              **Paul Pretlove**
Signature of authorized representative of debtor         Printed name

Title  **Co-Director through Madison Director Services Limited**

**18. Signature of attorney**

**X** **/s/ Robert P. Charbonneau, Esq.**         Date **August  9, 2017**
Signature of attorney for debtor                          MM / DD / YYYY

**Robert P. Charbonneau, Esq.**
Printed name

**Ehrenstein Charbonneau Calderin**
Firm name

**501 Brickell Key Dr**
**Suite 300**
**Miami, FL 33131**
Number, Street, City, State & ZIP Code

Contact phone  **305-722-2002**     Email address

**968234**
Bar number and State

# RESOLUTION OF THE BOARD OF DIRECTORS
## OF
## AMAN RESORTS GROUP LIMITED
(with Certificate of Change of Name to A.R. GROUP LIMITED pending from Registry of Corporate Affairs)

(Company Number 1799232)
(the **"Company"**)

The undersigned Madison Director Services Ltd, being the sole corporate director of the Company (hereinafter, "**Director**"), a company incorporated and operating as a BVI Business Company under the laws of the British Virgin Islands hereby consents to the adoption of the following resolutions taken without a meeting.

This instrument is to have the same force and effect as if the actions herein referred to had been taken at a timely called and duly held meeting of the Board of Directors of the Company and the Director directs that this written consent to such actions be filed with the minutes of the proceedings of the Board of Directors of the Company.

**WHEREAS** the Director considers that it is in the best interests of the Company, its creditors and other interested parties that a voluntary petition for Chapter 11 Bankruptcy be filed by the director in the United States Bankruptcy Court for the Southern District of Florida, Miami; and

**WHEREAS** the sole shareholder of the Company, Peak Hotels and Resorts Group Ltd ["**The Sole Shareholder**"] acting by Jacqueline Calderin in her capacity as the duly qualified appointed Chapter 7 Trustee **["The Trustee"]** for the bankruptcy estate of Peak Hotels and Resorts Group Ltd in the United States Bankruptcy Court for the Southern District of Florida, Miami Division, (Case No. 17-15041-AJC) also believes that it is in the best interest of the Company to seek relief from the US Bankruptcy Court, as set out above.

**WHEREAS** the sole shareholder of the Company passed a resolution on 4 August 2017 to change the name of the Company from "**Aman Resorts Group Limited**" to "**A.R. Group Limited**" in order to avoid any potential damage to the

goodwill, branding and intellectual property rights associated with the brand name "*AMAN*" in the hotels and tourism industry the Company.

**WHEREAS** the BVI Registry of Corporate Affairs has been closed for public holidays on 7 August 2017, 8 August 2017 and 9 August 2017 and no certificate of change of name has yet been issued by the BVI Registrar and is still pending.

**IT WAS RESOLVED AS FOLLOWS:**

**FILING FOR CHAPTER 11 BANKRUPTCY**

1. That Director is authorized and directed to execute on behalf of the Company, the Chapter 11 Petition for relief and to cause it to be filed in the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court");

2. That Director is authorized and directed to (i) execute and verify the Bankruptcy Petition as well as any other ancillary documents and cause the Petition to be filed with the Bankruptcy Court and to (ii) take all actions necessary to restructure the financial affairs of the Company, including the proposal of a Disclosure Statement and Plan of Reorganization or Plan of Liquidation[1] and to seek confirmation of the Plan in Bankruptcy Court, with such amendments as may be required; (iii) and to perform any and all such acts as are reasonable, advisable, expedient convenient, proper and necessary to effect any of the foregoing;

3. That the law firm of Ehrenstein Charbonneau Calderin be, and is hereby, employed under general retainer as bankruptcy counsel for the Company in the Chapter 11 Case, and Director is authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Ehrenstein Charbonneau Calderin;

4. That Director is authorized to make such decisions as are reasonable and necessary during the course of the Chapter 11 Case and that all

---

[1] (in either case, a Plan of Reorganization or Plan of Liquidation are referred to as the "Plan")

3

acts lawfully done or actions lawfully taken by Director in connection with or related to the Chapter 11 case and operations of the Company during the pendency of the Chapter 11 Case, subject in all respects to a certain Cross Border Protocol Agreement to be entered into by and among the Director, any liquidators appointed in the British Virgin Islands over the sole shareholder, Peak Hotels And Resorts Group Ltd [2] and any liquidators appointed in the British Virgin Islands over the Company and Jacqueline Calderin, in her capacity as Chapter 7 Trustee of the Company's sole shareholder, Peak Hotel and Resorts Group Ltd.

NOW THEREFORE, the undersigned has executed, consented to, approved, ratified, and confirmed these resolutions.

Dated: 9 August 2017

_[signature]_

**Signed Paul Pretlove**
**Director**
**For and on behalf of Madison Director Services Ltd**

---

[2] In the event that the Trustee is not recognized by the BVI Court as foreign representative of Peak Hotels and Resorts Group Ltd or some other person is appointed as Liquidator of the said company by the BVI Court

AMAN RESORTS GROUP LIMITED
(with Certificate of Change of Name to A.R. GROUP LIMITED pending from Registry of Corporate Affairs)

(Company Number 1799232)
(the "Company")
WRITTEN MEMORANDUM of the SOLE SHAREHOLDER passed in accordance with the Articles of Association of the Company

WHEREAS Madison Director Services Ltd, the sole corporate director of the Company (hereinafter, "**Director**"), has resolved that it is in the best interests of the Company, its creditors and other interested parties that a voluntary petition for Chapter 11 Bankruptcy be filed by the director in the United States Bankruptcy Court for the Southern District of Florida, Miami; and

WHEREAS Jacqueline Calderin (hereinafter referred to as the "**Trustee**") is the duly qualified appointed trustee of Peak Hotels and Resorts Group Ltd., in its Chapter 7 case pending in the United States Bankruptcy Court for the Southern District of Florida (**the "Bankruptcy Court"**).

WHEREAS the Trustee, in her capacity as the sole authorized agent and representative of the Company's sole shareholder, believes that it is in the best interest of the Company to seek relief from the US Bankruptcy Court, as set out above.

WHEREAS the sole shareholder of the Company passed a resolution on 4 August 2017 to change the name of the Company from "**Aman Resorts Group Limited**" to "**A.R. Group Limited**" in order to avoid any potential damage of the goodwill, branding and intellectual property rights associated with the brand name "*AMAN*" in the hotels and tourism industry the Company.

WHEREAS the BVI Registry of Corporate Affairs has been closed for public holidays on 7 August 2017, 8 August 2017 and 9 August 2017 and no certificate of change of name has yet been issued by the BVI Registrar and is still pending.

The undersigned, being the sole shareholder of the Company, **HEREBY ADOPTS** the following **RESOLUTIONS**:

**FILING FOR CHAPTER 11 BANKRUPTCY**

1. RESOLVED that Director is authorized and directed to execute on behalf of the Company, the Chapter 11 Petition for relief and to cause it to be filed in the United States Bankruptcy Court for the Southern District of Florida; and it is further



2. RESOLVED, that Director is authorized and directed to (i) execute and verify the Bankruptcy Petition as well as any other ancillary documents and cause the Petition to be filed with the Bankruptcy Court and to (ii) take all actions necessary to restructure the financial affairs of the Company, including the proposal of a Disclosure Statement and Plan of Reorganization or Plan of Liquidation and to seek confirmation of the Plan in Bankruptcy Court, with such amendments as may be required; (iii) and to perform any and all such acts as are reasonable, advisable, expedient convenient, proper and necessary to effect any of the foregoing; and it is further

3. RESOLVED, that the law firm of Ehrenstein Charbonneau Calderin be, and is hereby, employed under general retainer as bankruptcy counsel for the Company in the Chapter 11 Case, and Director is authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Ehrenstein Charbonneau Calderin; and it is further

4. RESOLVED, that Director is authorized to make such decisions as are reasonable and necessary during the course of the Chapter 11 Case and that all acts lawfully done or actions lawfully taken by Director in connection with or related to the Chapter 11 case and operations of the Company during the pendency of the Chapter 11 Case, subject in all respects to a certain Cross Border Protocol Agreement to be entered into by and among the Director, any liquidators appointed in the British Virgin Islands over the sole shareholder, Peak Hotels And Resorts Group Ltd[1] and any liquidators appointed in the British Virgin Islands over the Company and Jacqueline Calderin, in her capacity as Chapter 7 Trustee of the Company's sole shareholder, Peak Hotel And Resorts Group Ltd.

NOW THEREFORE, the undersigned has executed, consented to, approved, ratified, and confirmed these resolutions.

Dated: 9 August 2017

_____
Peak Hotels And Resorts Group Ltd, Sole Member
Signed for and On Behalf of Peak Hotels and Resorts Group Ltd by Jacqueline Calderin in her capacity as the duly appointed Chapter 7 Trustee for the bankruptcy estate of Peak Hotels and Resorts Group Ltd in the United States Bankruptcy Court for the Southern District of Florida, Miami Division, Case No. 17-15041-AJC.

---

[1] In the event that the Trustee is not recognized by the BVI Court as foreign representative of Peak Hotels And Resorts Group Ltd or some other person is appointed as Liquidator of the said company by the BVI Court

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Aman Resorts Group Limited** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Cazmi International** 72-35 51st Avenue, Suite 102 Woodside, NY 11377 | | | | | | $100,000.00 |
| **George Inzlicht** 1076 E 4th Street Brooklyn, NY 11230 | | | | | | $400,000.00 |
| **High-Def Zone, Inc.** 215 McNair Circle Northampton, PA 18067 | | | | | | $150,000.00 |
| **Jonah Lichter** 74 Ross St. Apt# 2D Brooklyn, NY 11211 | | | | | | $350,000.00 |
| **Talat Kazmi** 575 Main Street, #309 New York, NY 10044 | | | | | | $65,000.00 |
| **Visage Smile, Inc.** 40 Bloomfield Avenue Pine Brook, NJ 07058 | | | | | | $300,000.00 |

.

Cazmi International
72-35 51st Avenue, Suite 102
Woodside, NY 11377


George Inzlicht
1076 E 4th Street
Brooklyn, NY 11230


High-Def Zone, Inc.
215 McNair Circle
Northampton, PA 18067


Jonah Lichter
74 Ross St. Apt# 2D
Brooklyn, NY 11211


Lightray Imaging Co.
c/o Gregory S. Grossman, Esq.
Sequor Law, P.A.
1001 Brickell Bay Drive, 9th Floor
Miami, FL 33131


Talat Kazmi
575 Main Street, #309
New York, NY 10044


Visage Smile, Inc.
40 Bloomfield Avenue
Pine Brook, NJ 07058