**Fill in this information to identify the case:**

Debtor name    **Aman Resorts Group Limited**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **17-20114**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 23, 2017**          X **/s/ Paul Pretlove**
                                            Signature of individual signing on behalf of debtor

                                            **Paul Pretlove**
                                            Printed name

                                            **Authorised Signatory for Madison Director Services Limited, Director**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Aman Resorts Group Limited** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | **17-20114** |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BCA International Limited Trees Hinxhill Road Wye, Kent England** | | | | | | $149,946.00 |
| **Cazmi International 72-35 51st Avenue, Suite 102 Woodside, NY 11377** | | | | | | $100,000.00 |
| **Erik Holling 409 Vanderbilt Lane Portsmouth, RI 02871** | | | | | | $152,000.00 |
| **George Inzlicht 1076 E 4th Street Brooklyn, NY 11230** | | | | | | $400,000.00 |
| **High-Def Zone, Inc. 215 McNair Circle Northampton, PA 18067** | | | | | | $150,000.00 |
| **Jonah Lichter 74 Ross St. Apt# 2D Brooklyn, NY 11211** | | | | | | $350,000.00 |
| **Talat Kazmi 575 Main Street, #309 New York, NY 10044** | | | | | | $65,000.00 |
| **Thomas Evans 70 Gravel Road Bromley, Kent BR2 8PM England** | | | | | | $3,360,000.00 |
| **Visage Smile, Inc. 40 Bloomfield Avenue Pine Brook, NJ 07058** | | | | | | $300,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Aman Resorts Group Limited**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **17-20114**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

<hr>

Part 1:   **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     **1a. Real property:**
         Copy line 88 from *Schedule A/B*.........................................................................................................................    $        **0.00**

     **1b. Total personal property:**
         Copy line 91A from *Schedule A/B*......................................................................................................................    $        **0.00**

     **1c. Total of all property:**
         Copy line 92 from *Schedule A/B*.........................................................................................................................    $        **0.00**

<hr>

Part 2:   **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $        **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
         Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................................    $        **0.00**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
         Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$      **5,026,946.00**

4.   Total liabilities ..................................................................................................................
     Lines 2 + 3a + 3b            $      **5,026,946.00**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

*In re:*

AMAN RESORTS GROUP LIMITED,                    Case No.: 17-20114-AJC

_____Debtor._____ /      Chapter 11

## GLOBAL NOTES AND
## STATEMENTS OF LIMITATIONS, METHODOLOGY
## AND DISCLAIMERS REGARDING DEBTOR'S SCHEDULES
## OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

1.      On April 24, 2017, High-Def Zone, Inc. filed an involuntary petition for relief under Chapter 7 of the Bankruptcy Code for Peak Hotels and Resorts Group Limited ("PHRGL"), Case No.: 17-15041-AJC (the "PHRGL Bankruptcy") [ECF #1 in the PHRGL Bankruptcy].

2.      On May 18, 2017, the Court entered the Order for Relief under Chapter 7 of the Bankruptcy Code [ECF #11 in the PHRGL Bankruptcy] based upon PHRGL's failure to file any timely pleading or defense to the Involuntary Petition

3.      On May, 22, 2017, Jacqueline Calderin was appointed as the Chapter 7 Trustee of the PHRGL bankruptcy estate [ECF #13 in the PHRGL Bankruptcy] (the "Trustee").

4.      PHRGL is an entity organized under the laws of the British Virgin Islands ("BVI"). Approximately two-thirds of the equity interests in PHRGL are owned by Tarek Investments Ltd. ("Tarek"), a BVI entity, and the balance of the equity interests are owned by Peak Hotels and Resorts Limited, also a BVI entity.  As of the date of the PHRGL Bankruptcy, PHRGL had been "stricken off" of the court registry in the BVI, effectively abandoned by its

corporate ownership.  Subsequent to the PHRGL Bankruptcy, PHRGL's creditors sought and obtained PHRGL's reinstatement on the BVI court registry.

5.      PHRGL's primary asset is its 100% interest in the Debtor, which is the former owner of Silverlink Resorts Limited ("Silverlink"). At the time that it was owned by the Debtor, Silverlink, together with its subsidiaries, owned and operated luxury resorts and hotels around the world in addition to owning the related intellectual property.

6.      Upon information and belief, and based upon the Trustee's preliminary investigation, pursuant to an improper foreclosure action initiated by Pontwelly Holding Company Limited ("Pontwelly"), the purported secured lender of the Debtor, Pontwelly obtained control of the Debtor's shares in Silverlink—the Debtor's sole, material asset. Pontwelly further transferred its interest in Silverlink to A.H. Overseas Limited. Both Tarek (the two-thirds owner of PHRGL) and Pontwelly (the purported secured lender of the Debtor) are owned or controlled by the same individual, Vladislav Doronin.

7.      Upon information and belief, the improper foreclosure and transfer of Silverlink to Pontwelly (the "Transfer") was not done in accordance with applicable law and was for less than reasonably equivalent value. Accordingly, the Debtor believes that the Transfer may be avoidable.

8.      On August 4, 2017, the Trustee, as sole shareholder of the Debtor, reconstituted the Debtor's board of directors, removing all then-named directors of the Debtor and appointing Madison Director Services Limited ("Madison") as sole director of the Debtor. Madison subsequently authorized the filing of this Chapter 11 Case and the retention of ECC as general bankruptcy counsel for the Debtor in this case.

9.      On August 9, 2017 (the "Petition Date"), the Debtor commenced this case (this "Chapter 11 Case") by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. No trustee, examiner, or statutory committee has been appointed in this case.

10.     As with PHRGL, the Debtor is an entity organized under the laws of the British Virgin Islands. Contemporaneously with the filing of this Chapter 11 Case, the Debtor commenced a liquidation proceeding under BVI law, and the Debtor anticipates seeking relief from this Court and the BVI courts, if necessary, to establish cooperation procedures for these concurrent proceedings.

**A.      General Notes**

11.     **Source of Information**:  The Schedules & SOFA have been prepared by the Debtor, upon the review of public records and information made available to them.

12.     **Global Reservation of Rights:**  The Debtor reserves all rights to change, challenge, and dispute any designation, classification, amount, priority or existence of any claim listed in the Schedules & SOFA.  The Debtor further reserves the right to assert any defenses, or assert any offset to any claim listed in the Schedules & SOFA.  The Trustee expressly retains all rights to seek equitable or contractual subordination of any listed claim.  Nothing contained in the Schedules & SOFA shall constitute an admission.

13.     **Amendment(s).**  Reasonable efforts were made to prepare and file complete and accurate Schedules & SOFA; however, inadvertent errors or omissions may exist.  The Debtor reserves all rights to amend and/or supplement the Schedules & SOFA as is necessary or appropriate, or as information becomes available.

14.     **Causes of Action.**  Despite reasonable efforts to identify all known assets, the Debtor may not have set forth all actual or potential causes of action against third parties as

assets in their Schedules & SOFA. These causes of action include, but are not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Trustee reserves all of her rights with respect to any claims, causes of action or avoidance actions she may have whether or not listed in the Schedules & SOFA. Neither these Global Notes nor the Schedules & SOFA shall be deemed a waiver of any such claim, cause of action or avoidance action or in any way prejudice or impair the assertion of such claims.

15. **Recharacterization.** The Debtor has made every reasonable effort to correctly characterize, classify, categorize, and designate claims, assets, liabilities, executory contracts, unexpired leases, and other items reported in the Schedules and SOFA. However, due to the absence of information available to them, the Debtor may not have properly characterized, classified, categorized, or designated certain items. The Debtor thus reserves all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and SOFA at a later time as necessary or appropriate as additional information becomes available.

**B.** **Schedules and SOFA Disclaimers**

16. **Schedule D Disclaimer:** The Debtor conducted a UCC search of the Debtor as well as other public records searches and did not find any information that would lead the Debtor to believe the Debtor has any secured creditors. The Trustee expressly retains all rights to challenge the existence, validity, perfection, collectability or amount of any alleged secured claim, and retains all other rights to challenge any alleged secured claim, on any basis, including the right to establish equitable or contractual subordination of such claim. The Debtor reserves all rights to recharacterize, reclassify, recategorize, or redesignate items reported in Schedule D at a later time as necessary or appropriate as additional information becomes available.

17.     **Schedule F Disclaimer:**  The Trustee reserves the right to challenge the amount, nature, and classification of any claim listed on Schedule F.  The Debtor reserves all rights to recharacterize, reclassify, recategorize, or redesignate items reported in Schedule F at a later time as necessary or appropriate as additional information becomes available.

18.     **Schedule G Disclaimer Executory Contracts and Unexpired Leases:** Although reasonable efforts were made to ensure the accuracy of Schedule G, inadvertent errors, omissions or over inclusion may have occurred.  The Debtor is not aware of any executory contracts or unexpired leases to which the Debtor is a party.  The Debtor reserves all rights to recharacterize, reclassify, recategorize, or redesignate items reported in Schedule G at a later time as necessary or appropriate as additional information becomes available.

19.     **Schedule H Disclaimer Co-Debtor(s)**:  Although reasonable efforts were made to ensure the accuracy of Schedule H, inadvertent errors, omissions or over inclusion may have occurred.  The Debtor reserves all rights to recharacterize, reclassify, recategorize, or redesignate items reported in Schedule H at a later time as necessary or appropriate as additional information becomes available.

C.     **Statements of Financial Affairs Disclaimers:**

20.     **Income from operation of business**.  SOFA 1:  Although reasonable efforts were made to ensure the accuracy of the SOFA, inadvertent errors, omissions or over inclusion may have occurred.  The Debtor has been unable to ascertain any responsive information with respect to the Debtor's business income.  The Debtor reserves all rights to supplement and/or amend items reported in the SOFA at a later time as necessary or appropriate as additional information becomes available.

a.     **Payments to Creditors and Insiders.**  SOFA 3(b) and 3(c): Although reasonable efforts were made to ensure the accuracy of the SOFA, inadvertent errors, omissions or over

inclusion may have occurred. The Debtor has been unable to ascertain any responsive

information with respect to the Debtor's transfers. The Debtor reserves all rights to supplement

and/or amend items reported in the SOFA at a later time as necessary or appropriate as additional

information becomes available.

* * * END OF NOTES * * *
* FILING BEGINS ON THE FOLLOWING PAGE *

**Fill in this information to identify the case:**

Debtor name   **Aman Resorts Group Limited**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **17-20114**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

  ■ No.  Go to Part 2.
  ☐ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

  ■ No.  Go to Part 3.
  ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

  ■ No.  Go to Part 4.
  ☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

  ■ No.  Go to Part 5.
  ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

  ■ No.  Go to Part 6.
  ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ■ No.  Go to Part 7.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **Aman Resorts Group Limited** | Case number *(If known)* | **17-20114** |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Potential claims under Chapter 5 of the Bankruptcy Code, the Debtor will investigate in the course of these proceedings.** | **Unknown** |
| | Nature of claim | |
| | Amount requested                    **$0.00** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2

Debtor    **Aman Resorts Group Limited**                                      Case number *(If known)*  **17-20114**
          Name

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                                              **$0.00**

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **Aman Resorts Group Limited**                          Case number *(If known)* **17-20114**
          <sub>Name</sub>

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Aman Resorts Group Limited**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **17-20114**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Aman Resorts Group Limited**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **17-20114**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**BCA International Limited**<br>**Trees Hinxhill Road**<br>**Wye, Kent**<br>**England**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☒ No ☐ Yes | $149,946.00 |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Cazmi International**<br>**72-35 51st Avenue, Suite 102**<br>**Woodside, NY 11377**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☒ No ☐ Yes | $100,000.00 |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Erik Holling**<br>**409 Vanderbilt Lane**<br>**Portsmouth, RI 02871**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☒ No ☐ Yes | $152,000.00 |
| **3.4** | Nonpriority creditor's name and mailing address<br>**George Inzlicht**<br>**1076 E 4th Street**<br>**Brooklyn, NY 11230**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☒ No ☐ Yes | $400,000.00 |

| Debtor | **Aman Resorts Group Limited** | Case number (if known) | **17-20114** |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|
| | **High-Def Zone, Inc.**<br>**215 McNair Circle**<br>**Northampton, PA 18067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$350,000.00** |
|---|---|---|---|
| | **Jonah Lichter**<br>**74 Ross St. Apt# 2D**<br>**Brooklyn, NY 11211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Lightray Imaging Co.**<br>**c/o Gregory S. Grossman, Esq.**<br>**Sequor Law, P.A.**<br>**1001 Brickell Bay Drive, 9th Floor**<br>**Miami, FL 33131** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$65,000.00** |
|---|---|---|---|
| | **Talat Kazmi**<br>**575 Main Street, #309**<br>**New York, NY 10044** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,360,000.00** |
|---|---|---|---|
| | **Thomas Evans**<br>**70 Gravel Road**<br>**Bromley, Kent BR2 8PM**<br>**England** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300,000.00** |
|---|---|---|---|
| | **Visage Smile, Inc.**<br>**40 Bloomfield Avenue**<br>**Pine Brook, NJ 07058** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Aman Resorts Group Limited**
_____
Name

Case number (if known)    **17-20114**
_____



|  | Total of claim amounts |
|---|---|
| **5a. Total claims from Part 1** | 5a.  $ _____ 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ _____ 5,026,946.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.  $ _____ 5,026,946.00 |

**Fill in this information to identify the case:**

Debtor name    **Aman Resorts Group Limited**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **17-20114**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **Aman Resorts Group Limited**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **17-20114**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name  **Aman Resorts Group Limited**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **17-20114**

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☑ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Aman Resorts Group Limited | Case number *(if known)* | **17-20114** |
|---|---|---|---|

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.** **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

**7.** **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☑ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8.** **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:**  **Certain Gifts and Charitable Contributions**

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**  **Certain Losses**

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**  **Certain Payments or Transfers**

**11.** **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Aman Resorts Group Limited**                                              Case number *(if known)* **17-20114**

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | To be supplemented. | Debtor is investigating and will update this section upon completion of its investigation. | | Unknown |
| | Relationship to debtor | | | |

---

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

---

| Debtor | Aman Resorts Group Limited | Case number *(if known)* | 17-20114 |
|---|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor   **Aman Resorts Group Limited**      Case number *(if known)*   **17-20114**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☑ None

| Name and address | Date of service From-To |
|---|---|

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☑ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

    26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ☑ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Aman Resorts Group Limited** | Case number *(if known)* | **17-20114** |
| --- | --- | --- | --- |

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

**Part 14:     Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 23, 2017**

**/s/ Paul Pretlove**                                                    **Paul Pretlove**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Authorised Signatory for Madison Director
                                       Services Limited, Director**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re    **Aman Resorts Group Limited**

Case No.    **17-20114**

Debtor(s)    Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Peak Hotels and Resorts Group, Limited<br>c/o Jacqueline Calderin, Chp 7 Trustee<br>936 SW 1st Avenue, #880<br>Miami, FL 33130** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Authorised Signatory for Madison Director Services Limited, Director** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **August 23, 2017**

Signature    **/s/ Paul Pretlove**

**Paul Pretlove**
**Authorised Signatory for Madison Director Services**
**Limited, Director**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Southern District of Florida

In re   **Aman Resorts Group Limited** _____   Case No.   <u>**17-20114**</u>
                                      Debtor(s)                    Chapter    <u>**11**</u>

# VERIFICATION OF CREDITOR MATRIX

I, the **Authorised Signatory for Madison Director Services Limited, Director**, of the corporation named as the debtor in this case,

hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August 23, 2017** _____     **/s/ Paul Pretlove** _____
                                                        **Paul Pretlove**
                                                        **Authorised Signatory for Madison Director Services Limited,**
                                                        **Director**
                                                        Signer/Title